B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>LV Harmon LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>26-0446818 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>c/o Reinhardt LLP,<br>44 Wall Street, 10th Floor,<br>New York, NY                           ZIP Code 10005 | Street Address of Joint Debtor (No. and Street, City, and State):                           ZIP Code |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                           ZIP Code | Mailing Address of Joint Debtor (if different from street address):                           ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):       Northeast Corner of Harmon Avenue and Koval Lane<br>Las Vegas, NV 89169 | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7            ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."         ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box:            **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information      *** Gerald M. Gordon, Esq. Nevada Bar No. 229 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> LV Harmon LLC | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(04/13) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): LV Harmon LLC |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ _____
Signature of Attorney for Debtor(s)

Gerald M. Gordon, Esq. Nevada Bar No. 229
Printed Name of Attorney for Debtor(s)

Gordon Silver
Firm Name

3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89169
Address

(702) 796-5555  Fax: (702) 369-2666
Telephone Number

6/25/14
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Massimiliano Ferruzzi
Printed Name of Authorized Individual

Authorized Signatory of LV Harmon LLC
Title of Authorized Individual

6/25/14
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re   LV Harmon LLC                                          ,   Case No. _____
                          Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| LVH 2 TIC LLC<br>Nevada | Affiliate | 06/24/14 |
| LVH 3 TIC LLC<br>Nevada | Affiliate | 06/24/14 |
| WAICCS Las Vegas 3 LLC<br>Nevada | Affiliate | 06/24/14 |
| WG Las Vegas LLC<br>Nevada | Affiliate | 06/24/14 |

## RESOLUTIONS ADOPTED BY THE SOLE MEMBER AND MANAGER OF
## LV HARMON LLC,
### a Delaware limited liability company

The undersigned, being the sole member and manager of LV Harmon LLC, a Delaware limited liability company (the "*Company*"), hereby adopts and approves the following resolutions, to be effective as of June 24, 2014:

### CHAPTER 11 FILING OF THE COMPANY

WHEREAS: The undersigned has reviewed and considered information presented to the undersigned that it believes necessary to evaluate and reach an informed decision, in connection with the Company filing a petition for relief under Chapter 11 of Title 11 of the United States Code ("*Chapter 11*"), in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*").

RESOLVED: The undersigned hereby authorizes and approves the Company filing a petition for relief under Chapter 11 in the Bankruptcy Court.

FURTHER RESOLVED: Massimiliano Ferruzzi (the "*Authorized Person*") is hereby authorized and directed to execute and file on behalf of the Company the petition for relief under Chapter 11 in the Bankruptcy Court.

FURTHER RESOLVED: The Authorized Person shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Company under Chapter 11 and taking all action incidental thereto. The execution of any document or instrument by the Authorized Person, on behalf of the Company, pursuant to these resolutions shall be conclusive evidence that such action has been authorized and approved by the Company in every respect.

FURTHER RESOLVED: The undersigned authorizes, directs and approves the hiring of the law firm of Gordon Silver to represent the Company in the above-referenced Chapter 11 bankruptcy case, pursuant to the terms and conditions of the Engagement Letter dated June 23, 2014, including the payment of the retainer and advancement of costs, as provided therein.

*(Signature page follows.)*

104675-001//2339600

IN WITNESS WHEREOF, the undersigned, being the sole member and manager, has executed these resolutions to be effective as of the date set forth above.

LV HARMON HOLDINGS LLC,
a Delaware limited liability company

By: _____
Name:
Title:

# United States Bankruptcy Court
## District of Nevada

In re    LV Harmon LLC                                    Case No. _____
                                   Debtor(s)           Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of LV Harmon LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __6/24/14__                          _____
                                                 Massimiliano Ferruzzi Authorized Signatory of LV Harmon LLC
                                                 Signer/Title

| | | |
|---|---|---|
| LV HARMON LLC<br>C/O REINHARDT LLP,<br>44 WALL STREET, 10TH FLOOR,<br>NEW YORK, NY 10005 | BRENTWOOD CLO, LTD<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 | EASTLAND CLO, LTD.<br>13455 NOEL ROAD,<br>SUITE 800<br>DALLAS, TX 75240 |
| GLENEAGLES CLO, LTD.<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 | GRAYSON CLO LTD<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 | GREENBRIAR CLO LTD<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 |
| HIGHLAND CAPITAL MANAGEMENT<br>SERVICES, IN<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 | HIGHLAND CREDIT OPPORTUNITIES CDO<br>LTD.<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 | HIGHLAND LOAN FUNDING V LTD<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 |
| ISTAR CORPORATE COLLATERAL LLC<br>180 GLASTONBURY BLVD.<br>SUITE 201<br>GLASTONBURY, CT 06033 | JASPER CLO, LTD.<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 | LIBERTY CLO LTD<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 |
| LOAN FUNDING IV LLC<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 | LOAN FUNDING VII LLC<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 | LONGHORN CREDIT FUNDING LLC<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 |
| NB DISTRESSED DEBT INVESTMENT<br>FUND LIMIT<br>190 S LASALLE STREET<br>CHICAGO, IL 60603 | NB DISTRESSED DEBT MASTER FUND LP<br>190 S LASALLE STREET<br>CHICAGO, IL 60603 | OAK HILL CREDIT OPPORTUNITIES<br>FINANCING,<br>1114 AVENUE OF THE AMERICAS,<br>27TH FLOOR<br>NEW YORK, NY 10036 |
| OAK HILL CREDIT PARTNERS II LTD<br>1114 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY 10036 | OAK HILL CREDIT PARTNERS III LIMITED<br>1114 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY 10036 | OAK HILL CREDIT PARTNERS IV LTD<br>1114 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY 10036 |
| OAK HILL SECURITIES FUND II<br>FINANCING LT<br>1114 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY 10036 | OHA PARK AVENUE CLO I<br>1114 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY 10036 | ORIX CORPORATE CAPITAL INC.<br>1717 MAIN STREET<br>SUITE 1100<br>DALLAS, TX 75201 |
| PIONEER FLOATING RATE TRUST<br>60 STATE STREET<br>BOSTON, MA 02109 | RED RIVER CLO, LTD.<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 | ROCKWALL CDO II, LTD<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 |
| ROCKWALL CDO LTD.<br>13455 NOEL ROAD<br>SUITE 800<br>DALLAS, TX 75240 | SANKATY CREDIT OPPORTUNITIES II LP<br>JOHN HANCOCK TOWER<br>200 CLARENDON STREET<br>BOSTON, MA 02116 | SANKATY CREDIT OPPORTUNITIES III LP<br>JOHN HANCOCK TOWER<br>200 CLARENDON STREET<br>BOSTON, MA 02116 |

SANKATY CREDIT OPPORTUNITIES IV LP
JOHN HANCOCK TOWER
200 CLARENDON STREET
BOSTON, MA 02116

SANKATY CREDIT OPPORTUNITIES
OFFSHORE MA
JOHN HANCOCK TOWER
200 CLARENDON STREET
BOSTON, MA 02116

SOUTHFORK CLO LTD
13455 NOEL ROAD, SUITE 800
SUITE 800
DALLAS, TX 75240

STRATFORD CLO LTD
13455 NOEL ROAD, SUITE 800
SUITE 800
DALLAS, TX 75240

WESTCHESTER CLO LTD
13455 NOEL ROAD, SUITE 800
SUITE 800
DALLAS, TX 75240

WILMINGTON TRUST, NATIONAL
ASSOCIATION
ATTN; JEFFREY ROSE
50 SOUTH SIXTH STREET
SUITE 1290
MINNEAPOLIS, MN 55402

A1 NEVADA TIC II LLC
40 WALL STREET, 56TH FLOOR
NEW YORK, NY 10005

A1 NEVEADA TIC LLC
C/O A1 NEVADA HOLDINGS INC.
40 WALL STREET, 56TH FLOOR
NEW YORK, NY 10005

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PARKWAY
BOX 551401
LAS VEGAS, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PARKWAY
BOX 551220
LAS VEGAS, NV 89155-1220

DAVID L. EATON
KIRKLAND & ELLIS LLP
300 N. LA SALLE
CHICAGO, IL 60654

DEPT. OF EMPLOYMENT, TRAINING &
REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-4734

LV HARMON HOLDINGS LLC
C/O MAX FERRUZZI;  CIPRIANI
110 EAST 42ND STREET, 5TH FLOOR
NEW YORK, NY 10007

LVH 2 TIC LLC
C/O REINHARDT LLP, 44 WALL STREET
10 TH FLOOR
NEW YORK, NY 10005

LVH 3 TIC LLC
C/O REINHARDT LLP
44 WALL STREET, 10TH FLOOR,
NEW YORK, NY 10005

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVE., # 1300
LAS VEGAS, NV 89101

REINHARDT LLP
ATTN: ANDREA FIOCCHI
44 WALL STREET - 10TH FL
NEW YORK, NY 10005

REINHARDT LLP
ATTN: SARAH TALLENT
44 WALL STREET - 10TH FL
NEW YORK, NY 10005

SECURITIES AND EXCHANGE
COMMISSION
ATTN:  SANDRA W. LAVIGNA
PACIFIC REGIONAL OFFICE, 11TH FLOOR
5670 WILSHIRE BLVD.
LOS ANGELES, CA 90036-3648

SIRIUS INVESTMENT (LUX) S.A.R.L
49, BOULEVARD ROYAL
L-2249 LUXEMBOURG

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM
ATTN: VAN C. DURRER II
300 SOUTH GRAND AVENUE
SUITE 3400
LOS ANGELES, CA 90071

UNITED STATES ATTORNEY'S OFFICE
ATTN: CIVIL PROCESS CLERK
333 LAS VEGAS BLVD. SO., STE. 5000
LAS VEGAS, NV 89101

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD., S.
SUITE 4300
LAS VEGAS, NV 89101

WAICCS LAS VEGAS 3 LLC
C/O REINHARDT LLP, 44 WALL STREE
10TH FLOOR
NEW YORK, NY 10005

WG LAS VEGAS LLC
C/O REINHARDT LLP, 44 WALL STREET
10TH FLOOR
NEW YORK, NY 10005

WILMINGTON TRUST
ATTN: DAVID C. REAMER
300 SOUTH GRAND AVENUE
SUITE 3400
LOS ANGELES, CA 90071

DEPT. OF EMPLOYMENT, TRAINING &
REHABILITATION, EMPLOYMENT
SECURITY DIV.
500 EAST THIRD ST.
CARSON CITY, NV 89713

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVE., #1300
LAS VEGAS, NV 89101

OFFICE OF THE US TRUSTEE
300 LAS VEGAS BLVD., SOUTH, #4300
LAS VEGAS, NV 89101