GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
CANDACE C. CLARK, ESQ.
Nevada Bar No. 11539
E-mail: cclark@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LV HARMON LLC, a Delaware limited liability company,<br><br>                        Debtor. | Case No.: 14-14360-ABL<br>Chapter 11 |

## AMENDMENT COVER SHEET

**The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).**

☐ Voluntary Petition (specify reason for amendment)_____
☒ Summary of Schedules
☒ Schedule A – Real Property
☒ Schedule B – Personal Property
☒ Schedule C – Property Claimed as Exempt
☒ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    ☒ Add/delete creditor(s), change amount or classification of debt - **$30.00 fee required.**
    ☐ Add/change address of already listed creditor – **no fee**
☒ Schedule G – Schedule of Executory Contracts & Expired Leases
☒ Schedule H – Codebtors
☐ Schedule I – Current Income of Individual Debtor(s)
☐ Schedule J – Current Expenditures of Individual Debtor(s)
☒ Declaration Regarding Schedules
☒ Statement of Financial Affairs and/or Declaration
☒ Disclosure of Compensation of Attorney for Debtor
☒ Other: List of Creditors Holding 20 Largest Unsecured Claims, Corporate Ownership Statement

DATED this 18th day of July, 2014.

GORDON SILVER

By: _/s/ Gerald M. Gordon_____
    GERALD M. GORDON, ESQ.
    CANDACE C. CLARK, ESQ.
    3960 Howard Hughes Pkwy., 9th Floor
    Las Vegas, Nevada 89169
    [Proposed] Attorneys for Debtor

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104765-002/2358423

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    LV Harmon LLC

Debtor(s)

Case No.    14-14360-ABL

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)

Name of creditor and complete mailing address including zip code | (2)

Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)

Nature of claim (trade debt, bank loan, government contract, etc.) | (4)

Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)

Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wilmington Trust, National Association
Attn:Jeffrey Rose
50 South Sixth Street
Suite 1290
Minneapolis, MN 55402 | Wilmington Trust, National Association
Attn:Jeffrey Rose
50 South Sixth Street
Minneapolis, MN 55402 | August 1, 2007 First Lien Deed of Trust, $319,000,000.00 Senior Secured Term Loan Credit Facility (First Lien) | | 319,000,000.00
plus interest and additional charges
(4,084,908.00 secured) |
| Credit Suisse
Eleven Madison Avenue
New York, NY 10010-3629 | Credit Suisse
Eleven Madison Avenue
New York, NY 10010-3629 | August 1, 2007 Second Lien Deed of Trust, $205,000,000.00 Senior Secured Term Loan Credit Facility (Second Lien) | | 205,000,000.00
plus interest and additional charges
(0.00 secured) |
| Edge Las Vegas Development LLC
c/o Edge Group LLC
Attn: Manager - REAGAN SILBER
200 CRESCENT COURT  STE 1310
Dallas, TX 75201 | Edge Las Vegas Development LLC
c/o Edge Group LLC
Attn: Manager - REAGAN SILBER
Dallas, TX 75201 | Promissory Note dated August 1, 2007, in favor of Edge-Star Partners LLC and/or Edge Las Vegas Development LLC in the principal sum of $1,500,000. | | 672,662.50
plus interest and additional charges |
| Edge Star Partners LLC
c/o Edge Group LLC
Attn: Manager - REAGAN SILBER
200 CRESCENT COURT  STE 1310
Dallas, TX 75201 | Edge Star Partners LLC
c/o Edge Group LLC
Attn: Manager - REAGAN SILBER
Dallas, TX 75201 | Promissory Note dated August 1, 2007, in favor of Edge-Star Partners LLC and/or Edge Las Vegas Development LLC in the principal sum of $1,500,000. | | 672,662.50
plus interest and additional charges |

**B4 (Official Form 4) (12/07) - Cont.**

In re    LV Harmon LLC

Case No.    14-14360-ABL

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Signatory of LV Harmon LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    7/18/2014

Signature

Massimiliano Ferruzzi
Authorized Signatory of LV Harmon LLC

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Nevada

In re     LV Harmon LLC                                     ,      Case No.     14-14360-ABL

                                           Debtor

Chapter           11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,084,908.00 | | |
| B - Personal Property | Yes | 4 | 10,283.51 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 524,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 1,345,325.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 4,095,191.51 | | |
| Total Liabilities | | | | 525,345,325.00 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## District of Nevada

In re _____LV Harmon LLC_____,    Case No. ____14-14360-ABL_____

                                                    Debtor

                                                            Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    LV Harmon LLC                                                           ,     Case No.    14-14360-ABL
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Northeast Corner of Harmon Avenue and Koval Lane APNs: 162-21-510-038, 162-21-510-039, 162-21-510-040, 162-21-601-001, 162-21-601-005, 162-21-601-007, 162-21-602-001, 162-21-613-001, 162-21-613-002, 162-21-613-003, 162-21-613-004, 162-21-613-005, 162-21-613-006,162-21-613-007, 162-21-613-008, 162-21-613-009, 162-21-613-010 and 162-21-613-011 | Tenant-in-Common (6.0%) | - | 4,084,908.00 | 524,000,000.00 plus interest and additional charges |

|  | Sub-Total > | 4,084,908.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 4,084,908.00 |  |

  0   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  LV Harmon LLC                                                     Case No.  14-14360-ABL
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | M & T Bank (ending 9956) 350 Park Avenue New York, New York 10022 * | - | 6,000.00 |
| | | Wells Fargo Bank - Pre development Reserve II (Ending 2108) P.O. Box 6995, Portland, OR 97228-6995 * | - | 3,261.06 |
| | | Wells Fargo Bank - Interest Reserve (Ending 2946) P.O. Box 6995, Portland, OR 97228-6995 * | - | 951.18 |
| | | Wells Fargo Bank - Pre development Reserve (Ending 2959) P.O. Box 6995, Portland, OR 97228-6995 * | - | 71.27 |
| | | * Each of these accounts is solely in the name of AI Nevada TIC LLC, pursuant to the Tenancy In Common Agreement among all the TIC entities holding an interest in the real property, including Debtor.  Thus, these accounts are not accounts of the Debtor. However, Debtor holds a tenant in common interest in the funds held in the accounts that is proportionate to the percentage TIC interest Debtor holds in the real property.   Each account is subject to the Deposit Account Control Agreement in favor of Debtor's secured lenders. | - | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |

Sub-Total >                    10,283.51
(Total of this page)

  3   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     LV Harmon LLC                                                     ,     Case No.     14-14360-ABL
_____                                   _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    LV Harmon LLC                                                    Case No.    14-14360-ABL
_____,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

                                                                    Sub-Total >                    0.00
                                                                (Total of this page)

Sheet    2    of    3    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   LV Harmon LLC                                                              Case No.    14-14360-ABL
                              Debtor
                                                            ,

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 10,283.51 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re    LV Harmon LLC                                                          ,        Case No.    14-14360-ABL
                                         Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |

NONE.

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __LV Harmon LLC__ , Case No. ___14-14360-ABL___
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Credit Suisse<br>Eleven Madison Avenue<br>New York, NY 10010-3629 | | - | | August 1, 2007 Second Lien Deed of Trust, $205,000,000.00 Senior Secured Term Loan Credit Facility (Second Lien)<br><br><br>Value $     0.00 | | | | plus interest and additional charges<br><br>205,000,000.00 | 205,000,000.00 |
| Account No.<br><br>Wilmington Trust, National Association<br>Attn:Jeffrey Rose<br>50 South Sixth Street<br>Suite 1290<br>Minneapolis, MN 55402 | | - | | August 1, 2007 First Lien Deed of Trust, $319,000,000.00 Senior Secured Term Loan Credit Facility (First Lien)<br><br><br>Value $     4,084,908.00 | | | | plus interest and additional charges<br><br>319,000,000.00 | 314,915,092.00 |
| Account No.<br><br><br><br> | | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br><br>Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | 524,000,000.00 | 519,915,092.00 |
| | Total<br>(Report on Summary of Schedules) | 524,000,000.00 | 519,915,092.00 |

B6E (Official Form 6E) (4/13)

In re    LV Harmon LLC                                                                  Case No.    14-14360-ABL
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    0       continuation sheets attached

B6F (Official Form 6F) (12/07)

In re     LV Harmon LLC                                                    Case No.    14-14360-ABL
                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | August 1, 2007 | | | | |
| Edge Las Vegas Development LLC c/o Edge Group LLC Attn: Manager - REAGAN SILBER 200 CRESCENT COURT  STE 1310 Dallas, TX 75201 | - | | Promissory Note dated August 1, 2007, in favor of Edge-Star Partners LLC and/or Edge Las Vegas Development LLC in the principal sum of $1,500,000. | | | | plus interest and additional charges  672,662.50 |
| Account No. | | | | | | | |
| Vinson & Elkins LLP Attn:  Paul A. Martin 2001 Ross Avenue, Suite 3700 Dallas, TX 75201 | | | Edge Las Vegas Development LLC | | | | Notice Only |
| Account No. | | | August 1, 2007 | | | | |
| Edge Star Partners LLC c/o Edge Group LLC Attn: Manager - REAGAN SILBER 200 CRESCENT COURT  STE 1310 Dallas, TX 75201 | - | | Promissory Note dated August 1, 2007, in favor of Edge-Star Partners LLC and/or Edge Las Vegas Development LLC in the principal sum of $1,500,000. | | | | 672,662.50 |
| Account No. | | | | | | | |
| Vinson & Elkins LLP Attn:  Paul A. Martin 2001 Ross Avenue, Suite 3700 Dallas, TX 75201 | | | Edge Star Partners LLC | | | | Notice Only |

|  |  |
|---|---|
|   0   continuation sheets attached | Subtotal (Total of this page)   1,345,325.00 |
| | Total (Report on Summary of Schedules)   1,345,325.00 |

B6G (Official Form 6G) (12/07)

.

In re    LV Harmon LLC                                                    Case No.    14-14360-ABL
_____,
                            Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Advanced Management Group<br>Attn: Bret Holmes<br>8550 W. Charleston Blvd., #102<br>Las Vegas, NV 89117 | Property Management Agreement dtd 10/9/2006-Agreement to Employ Manager to manage the development, operation, maintenance and leasing of property. |
| Africa Israel Development<br>229 West 43rd Street<br>10th Floor<br>New York, NY 10036 | Property Management Agreement- Agreement to employ Manager to manage the development, operation, maintenance and leasing of property. |
| AI Nevada  2 TIC LLC<br>229 West 43rd Street<br>10th Floor<br>New York, NY 10036 | Tenancy in Common Agreement- Agreement to regulate ownership as tenants-in-common in real property. |
| AI Nevada Holdco LLC<br>229 West 43rd Street<br>10th Floor<br>New York, NY 10036 | Property Management Agreement- Agreement to employ Manager to manage the development, operation, maintenance and leasing of property. |
| AI Nevada TIC<br>229 West 43rd Street<br>10th Floor<br>New York, NY 10036 | Assset Managment Agreement - Agreement for Asset Manager to provide services relating to the administration, management and supervision of assets. |
| AI Nevada TIC LLC<br>229 West 43rd Street<br>10th Floor<br>New York, NY 10036 | Tenancy in Common Agreement- Agreement to regulate ownership as tenants-in-common in real property. |
| AI NV TIC 2 f/k/a Cipriani Vegas TIC,LLC<br>c/o Cipriani USA, Inc<br>220 East 42nd Street<br>New York, NY 10017 | Tenancy in Common Agreement- Agreement to regulate ownership as tenants-in-common in real property.. |
| CS Edge TIC<br>c/o Edge Group WAICCS LLC<br>3960 Howard Hughes Pkwy #650<br>Las Vegas, NV 89109 | Tenancy in Common Agreement- Agreement to regulate ownership as tenants-in-common in real property. |
| JWB Consulting LLC<br>Attn: Jeffrey B. Williams<br>10801 North Lamar Street, Suite 450<br>Dallas, TX 75202 | Assset Managment Agreement - Agreement for Asset Manager to provide services relating to the administration, management and supervision of assets. |

2
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   LV Harmon LLC                                        Case No.   14-14360-ABL
_____,
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Lamar Companies<br>Attn: Managing Member<br>1863 Helm Drive<br>Las Vegas, NV 89119-3911 | WAICCS Las Vegas Management Company Signage Lease Agreement for Lease #257-365-01 dated October 8, 2000 and any addendums thereto.  [Note that Debtor is not a direct party to this lease, rather it holds an interest in the lease consistent with its interest in the real property as a tenant in common.] |
| Lamar Companies<br>Attn: Managing Member<br>1863 Helm Drive<br>Las Vegas, NV 89119-3911 | WAICCS Las Vegas Management Company Signage Lease Agreement for Lease #257-365-02 dated October 8, 2000 and any addendums thereto.  [Note that Debtor is not a direct party to this lease, rather it holds an interest in the lease consistent with its interest in the real property as a tenant in common.] |
| Lamar Companies<br>Attn: Managing Member<br>1863 Helm Drive<br>Las Vegas, NV 89119-3911 | WAICCS Las Vegas Management Company Signage Lease Agreement for Lease #257-365-03 dated October 8, 2000 and any addendums thereto.  [Note that Debtor is not a direct party to this lease, rather it holds an interest in the lease consistent with its interest in the real property as a tenant in common.] |
| Lamar Companies<br>Attn: Managing Member<br>1863 Helm Drive<br>Las Vegas, NV 89119-3911 | WAICCS Las Vegas Management Company Signage Lease Agreement for Lease #257-365-04 dated October 8, 2000 and any addendums thereto.  [Note that Debtor is not a direct party to this lease, rather it holds an interest in the lease consistent with its interest in the real property as a tenant in common.] |
| Lamar Companies<br>Attn: Managing Member<br>1863 Helm Drive<br>Las Vegas, NV 89119-3911 | WAICCS Las Vegas Management Company Signage Lease Agreement for Lease #257-365-05 dated October 8, 2000 and any addendums thereto.  [Note that Debtor is not a direct party to this lease, rather it holds an interest in the lease consistent with its interest in the real property as a tenant in common.] |
| LV Harmon LLC<br>c/o Reinhardt LLP, 44 Wall Street<br>10th Floor<br>New York, NY 10005 | Tenancy in Common Agreement- Agreement to regulate ownership as tenants-in-common in real property. |
| LV Harmon LLC<br>c/o Reinhardt LLP, 44 Wall Street<br>10th Floor<br>New York, NY 10005 | Assset Managment Agreement - Agreement for Asset Manager to provide services relating to the administration, management and supervision of assets. |
| LVH 2 TIC LLC f/k/a Sapir TIC, LLC<br>c/o Reinhardt LLP, 44 Wall Street<br>10 th Floor<br>New York, NY 10005 | Assset Managment Agreement - Agreement for Asset Manager to provide services relating to the administration, management and supervision of assets. |
| LVH 3 TIC LLC f/k/a Access Vegas II LLC<br>c/o Reinhardt LLP<br>44 Wall Street, 10th Floor,<br>New York, NY 10005 | Asset Managment Agreement - Agreement for Asset Manager to provide services relating to the administration, management and supervision of assets. |

Sheet   1   of   2   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    LV Harmon LLC                                                    ,    Case No.    14-14360-ABL
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| LVH 3 TIC LLC f/k/a AccessVegas II LLC<br>c/o Reinhardt LLP<br>44 Wall Street, 10th Floor,<br>New York, NY 10005 | Tenancy in Common Agreement- Agreement to regulate ownership as tenants-in-common in real property. |
| The Witkoff Group LLC<br>Attn: Steven C. Witkoff<br>220 E. 42nd Street<br>New York, NY 10017 | Property Management - Agreement to employ Manager to manage the development, operation, maintenance and leasing of property. |
| WAICCS Las Vegas Management LLC<br>c/o Registered Agent<br>318 N. Carson St. #208<br>Carson City, NV 89701 | Property Management Agreement dtd 10/9/2006- Agreement to Employ Manager to manage the development, operation, maintenance and leasing of property. |
| WG Las Vegas LLC<br>c/o Reinhardt LLP, 44 Wall Street<br>10th Floor<br>New York, NY 10005 | Tenancy in Common Agreement- Agreement to regulate ownership as tenants-in-common in real property. |
| WG Las Vegas LLC<br>c/o Reinhardt LLP, 44 Wall Street<br>10th Floor<br>New York, NY 10005 | Assset Managment Agreement - Agreement for Asset Manager to provide services relating to the administration, management and supervision of assets. |

Sheet    2    of    2    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   LV Harmon LLC
_____,   Case No.   14-14360-ABL   _____
                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Access Vegas LLC<br>c/o Reinhardt LLP<br>44 Wall Street<br>10th Floor<br>New York, NY 10005 | |
| AI Nevada Holdco 2 LLC<br>f/k/a Cipriani Vegas TIC, LLC<br>229 West 43rd Street<br>10th Floor<br>New York, NY 10036 | |
| AI Nevada Holdco LLC<br>229 West 43rd Street<br>10th Floor<br>New York, NY 10036 | |
| AI Nevada TIC 2 LLC<br>229 West 43rd Street<br>10th Floor<br>New York, NY 10036 | |
| AI Nevada TIC LLC<br>229 West 43rd Street<br>10th Floor<br>New York, NY 10036 | |
| LV Harmon Holdings LLC<br>c/o Reinhardt LLP<br>44 Wall Street<br>10th Floor<br>New York, NY 10005 | |
| LVH 2 TIC LLC<br>c/o Reinhardt LLP,<br>44 Wall Street, 10th Floor<br>New York, NY 10005 | |
| LVH 3 TIC LLC<br>c/o Reinhardt LLP<br>44 Wall Street, 10th Floor,<br>New York, NY 10005 | |
| Sapir TIC Holdings LLC<br>c/o Reinhardt LLP<br>44 Wall Street<br>10th Floor<br>New York, NY 10005 | |

 1
_____ continuation sheets attached to Schedule of Codebtors

In re     LV Harmon LLC                                                    Case No.    14-14360-ABL
                                                        ,
                                  Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

WAICCS Las Vegas 2 LLC
c/o Reinhardt LLP
44 Wall Street
10th Floor
New York, NY 10005

WAICCS Las Vegas 3 LLC
c/o Reinhardt LLP
44 Wall Street
10th Floor
New York, NY 10005

WG Las Vegas Holdings LLC
c/o Reinhardt LLP
44 Wall Street
10th Floor
New York, NY 10005

WG Las Vegas LLC
c/o Reinhardt LLP
44 Wall Street
10th Floor
New York, NY 10005

Sheet    1    of    1    continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    LV Harmon LLC                            Case No.    14-14360-ABL
                              Debtor(s)               Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Authorized Signatory of LV Harmon LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   20   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    7/18/2014                  Signature                                     

                                            Massimiliano Ferruzzi
                                            Authorized Signatory of LV Harmon LLC

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of Nevada

In re    LV Harmon LLC                                   Case No.    14-14360-ABL

                                      Debtor(s)                Chapter     11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $888,001.45 | 2014 YTD: Rental Income from Apartment complex and billboard signage |
| $2,128,852.28 | 2013: Rental Income from Apartment complex and billboard signage |
| $2,192,976.12 | 2012: Rental Income from Apartment complex and billboard signage |
| | The amounts presented herein reflect the total rental income generated for the real property from the Apartment complex and billboard signage. As a tenant in common holding only a 6.0% interest in the real property, Debtor holds only a 6.0% interest in the income. |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|--|--------|--------|

---

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-----------------|-------------|--------------------|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---------------------------------|----------------------|------------------------------|-----------------------|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------------------|-----------------|-----------------------------------|

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

### 10.  Other transfers

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

---

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| c/o The Witkoff Group LLC<br>220 East 42nd  Street<br>New York, NY 10036 | | 2007 thru 2014 |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

### 18 . Nature, location and name of business

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None □

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| JBW Consulting LLC<br>Attn: Jeffrey B. Williams<br>10801 North Lamar Street, Suite 450<br>Dallas, TX 75202 | 2012 thru present |
| Advanced Management Group<br>Attn: Bret Holmes<br>8550 W. Charleston Blvd., #102<br>Las Vegas, NV 89117 | 2012 thru present |
| Shanholt Glassman Klein Kramer & Co.<br>CPA's P.C.<br>575 Lexington Avenue - 19th Floor<br>New York, NY 10022 | 2012 thru present |

None □

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| JBW Consulting LLC | Attn: Jeffrey B. Williams<br>10801 North Lamar Street, Suite 450<br>Dallas, TX 75202 | 2012 thru present |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| JBW Consulting LLC | Attn: Jeffrey B. Williams<br>10801 North Lamar Street, Suite 450<br>Dallas, TX 75202 |
| Advanced Management Group | Attn: Bret Holmes<br>8550 W. Charleston Blvd., #102<br>Las Vegas, NV 89117 |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| LV Harmon Holdings LLC<br>c/o Reinhardt LLP<br>44 Wall Street, 10th Floor<br>New York, NY 10005 | Managing Member | Managing Member  100% |

## 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

B7 (Official Form 7) (04/13)
8

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
☐
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| LV Harmon Holdings LLC | 26-0550474 |

---

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   7/18/2014                           Signature _____

                                           Massimiliano Ferruzzi
                                           Authorized Signatory of LV Harmon LLC

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re   LV Harmon LLC
                                                    Debtor(s)

Case No.   14-14360-ABL
Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $   Pre Petition | 5,395.75 |
| Prior to the filing of this statement I have received | $ | 5,395.75 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:      7/18/2014

/s/ Gerald M. Gordon
Gerald M. Gordon, Esq. Nevada Bar No. 229
Gordon Silver
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89169
(702) 796-5555   Fax: (702) 369-2666

---

# United States Bankruptcy Court
## District of Nevada

In re  LV Harmon LLC

Debtor

Case No.  14-14360-ABL

Chapter  11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| LV Harmon Holdings LLC c/o Reinhardt LLP 44 Wall Street 10th Floor New York, NY 10005 | | 100% | Membership Interest |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Signatory of LV Harmon LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  7/18/2014

Signature  _____

Massimiliano Ferruzzi
Authorized Signatory of LV Harmon LLC

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of Nevada

In re   LV Harmon LLC

Debtor(s)

Case No.   14-14360-ABL

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   LV Harmon LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

LV Harmon Holdings LLC
c/o Reinhardt LLP
44 Wall Street
10th Floor
New York, NY 10005

☐ None [*Check if applicable*]

7/18/2014

Date

/s/ Gerald M. Gordon

Gerald M. Gordon, Esq. Nevada Bar No. 229
Signature of Attorney or Litigant
Counsel for   LV Harmon LLC
Gordon Silver
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89169
(702) 796-5555 Fax:(702) 369-2666

Additional Parties Added 7/18/2014

CANPARTNERS INVESTMENTS IV LLC
200 AVENUE OF THE STARS
LOS ANGELES, CA 90067-4700

CITICORP USA, INC
399 PARK AVE
NEW YORK, NY 10022

CREDIT SUISSE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010-3629

GRAND CENTRAL ASSET TRUST HCF

GRAND CENTRAL ASSET TRUST HLD

HIGHLAND CREDIT OPPORTUNITIES CDO
LTD.
13455 NOEL ROAD
SUITE 800
DALLAS, TX 75240

HIGHLAND CREDIT STRATEGIES FUN
13455 NOEL ROAD
SUITE 800
DALLAS, TX 75240

HIGHLAND FLOATING RATE
13455 NOEL ROAD
SUITE 800
DALLAS, TX 75240

HIGHLAND FLOATING RATE ADVANTA
13455 NOEL ROAD
SUITE 800
DALLAS, TX 75240

INSTITUTIONAL BENCHMARKS SERIE
400 MADISON AVE
18TH FLOOR
NEW YORK, NY 10017-8903

OPPORTUNITY FUND LLC
C/O BULLSEYE CAPITAL REAL PROPERTY
5737 KANAN RD SUITE 269
AGOURA HILLS, CA 91301

PACIFIC SELECT FUND-FLOATING R
700 NEWPORT CENTER DR
NEWPORT BEACH, CA 92660-6397

POST AGGRESSIVE CREDIT MASTER

POST DISTRESSED MASTER FUND, L

POST TOTAL RETURN MASTER FUND

SEI INST MANAGED TRT ENHANCED
ONE FREEDOM VALLEY DRIVE
OAKS, PA 19456-1100

SOLA  LTD
430 PARK AVENUE
11TH FLOOR
NEW YORK, NY 10022

TECHNOLOGY INVESTMENT CAPITAL
8 SOUND SHORE DRIVE
SUITE 255
GREENWICH, CT 06830

ULTRA MASTER LTD
6 CURITY AVE.
EAST YORK, ON M4B1X2

VIRGINIA RETIREMENT SYSTEM
P.O. BOX 2500
RICHMOND, VA 23218-2500

ADVANCED MANAGEMENT GROUP
ATTN: BRET HOLMES
8550 W. CHARLESTON BLVD., #102
LAS VEGAS, NV 89117

AFRICA ISRAEL DEVELOPMENT
229 WEST 43RD STREET
10TH FLOOR
NEW YORK, NY 10036

AI NEVADA  2 TIC LLC
229 WEST 43RD STREET
10TH FLOOR
NEW YORK, NY 10036

AI NEVADA HOLDCO LLC
229 WEST 43RD STREET
10TH FLOOR
NEW YORK, NY 10036

AI NEVADA TIC
229 WEST 43RD STREET
10TH FLOOR
NEW YORK, NY 10036

AI NEVADA TIC LLC
229 WEST 43RD STREET
10TH FLOOR
NEW YORK, NY 10036

AI NV TIC 2 F/K/A CIPRIANI VEGAS
TIC,LLC
C/O CIPRIANI USA, INC
220 EAST 42ND STREET
NEW YORK, NY 10017

CS EDGE TIC
C/O EDGE GROUP WAICCS LLC
3960 HOWARD HUGHES PKWY #650
LAS VEGAS, NV 89109

JWB CONSULTING LLC
ATTN: JEFFREY B. WILLIAMS
10801 NORTH LAMAR STREET, SUITE 450
DALLAS, TX 75202

LAMAR COMPANIES
ATTN: MANAGING MEMBER
1863 HELM DRIVE
LAS VEGAS, NV 89119-3911

LVH 2 TIC LLC F/K/A SAPIR TIC, LLC
C/O REINHARDT LLP, 44 WALL STREET
10 TH FLOOR
NEW YORK, NY 10005

LVH 3 TIC LLC F/K/A ACCESS VEGAS II
LLC
C/O REINHARDT LLP
44 WALL STREET, 10TH FLOOR,
NEW YORK, NY 10005

LVH 3 TIC LLC F/K/A ACCESSVEGAS II
LLC
C/O REINHARDT LLP
44 WALL STREET, 10TH FLOOR,
NEW YORK, NY 10005

THE WITKOFF GROUP LLC
ATTN: STEVEN C. WITKOFF
220 E. 42ND STREET
NEW YORK, NY 10017

WAICCS LAS VEGAS MANAGEMENT LLC
C/O REGISTERED AGENT
318 N. CARSON ST. #208
CARSON CITY, NV 89701

ACCESS VEGAS LLC
C/O REINHARDT LLP
44 WALL STREET, 10TH FLOOR
NEW YORK, NY 10005

AL NEVADA HOLDCO 2 LLC
F/K/A CIPRIANI VEGAS TIC LLC
229 W 43RD ST.
10TH FLOOR
NEW YORK, NY 10036

AL NEVADA HOLDCO LLC
2229 W. 43RD ST.
10TH FLOOR
NEW YORK, NY 10036

AL NEVADA TIC 2 LLC
229 WEST 43 STREET
10TH FLOOR
NEW YORK, NY 10036

AL NEVADA TIC LLC
229 WEST 43RD STREET
10TH FLOOR
NEW YORK, NY 10036

LV HARMON HOLDINGS LLC
C/O REINHARDT LLP
44 WALL STREET
10TH FLOOR
NEW YORK, NY 10005

LV HARMON LLC
C/O REINHARDT LLP
44 WALL STREET
10TH FLOOR
NEW YORK, NY 10005

LVH 3 TIC LLC
C/O REINHARDT LLP
44 WALL STREET
10TH FLOOR
NEW YORK, NY 10005

SAPIR TIC HOLDINGS LLC
C/O REINHARDT LLP
44 WALL STREET
10TH FLOOR
NEW YORK, NY 10005

WAICCS LAS VEGAS 2 LLC
C/O REINHARDT LLP
44 WALL STREET
10TH FLOOR
NEW YORK, NY 10005

WAICCS LAS VEGAS 3 LLC
C/O REINHARDT LLP
44 WALL STREET
10TH FLOOR
NEW YORK, NY 10005

WG LAS VEGAS HOLDINGS LLC
C/O REINHARDT LLP
44 WALL STREET
10TH FLOOR
NEW YORK, NY 10005

WG LAS VEGAS LLC
C/O REINHARDT LLP
44 WALL STREET
10TH FLOOR
NEW YORK, NY 10005

VINSON & ELKINS LLP
ATTN:  PAUL A. MARTIN
2001 ROSS AVENUE, SUITE 3700
DALLAS, TX 75201

WAICCS LAS VEGAS 3 LLC
C/O REINHARDT LLP, 44 WALL STREE
10TH FLOOR
NEW YORK, NY 10005

WG LAS VEGAS LLC
C/O REINHARDT LLP, 44 WALL STREET
10TH FLOOR
NEW YORK, NY 10005